# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EDNY CATHODE RAY TUBE ANTITRUST CASES | CASE NO. 17-cv-04504-BMC |

## ORDER
## REGARDING PRE-TRIAL SCHEDULE

The Court, having considered the stipulation of plaintiffs and defendants in this action, and good cause appearing, orders as follows:

The parties shall abide by the agreed-upon pre-trial schedule that is attached as Exhibit A to this Order.

**IT IS SO ORDERED.**

Dated: August 1, 2017

Hon. Brian M. Cogan
United States District Judge

# EXHIBIT A

**Agreed-Upon Pre-Trial Schedule**
**for Consolidated CRT Cases Pending in the Eastern District of New York**

| Date | Description |
|---|---|
| July 21, 2017 | Defendants serve:<br>• Defendants' Trial Exhibit Designations[1] [**Court Ordered**]<br>• Images of Defendants' Trial Exhibit Designations[2]<br><br>Plaintiffs serve:<br>• Plaintiffs' Trial Exhibit Designations [**Court Ordered**]<br>• Images of Plaintiffs' Trial Exhibit Designations |
| August 18, 2017 | Plaintiffs serve:<br>• Plaintiffs' Initial Witness List (Including "Will Call" vs. "May Call" designation and denoting which witnesses Plaintiffs intend to call live and which will be presented by deposition designation)[3]<br>• Plaintiffs' Deposition Designations<br>Defendants serve:<br>• Defendants' Initial Witness List (Including "Will Call" vs. "May Call" designation and denoting which witnesses Defendants intend to call live and which will be presented by deposition designation) |
| August 22, 2017 | First meet and confer regarding *in limine* motions |
| September 15, 2017 | Defendants serve:<br>• Defendants' Deposition Designations<br>• Counter Deposition Designations<br>• Additional Trial Exhibit Designations based on Defendants' Deposition and Counter Designations<br>• Objections to<br>   o Plaintiffs' Trial Exhibit Designations<br>   o Plaintiffs' Deposition Designations<br><br>Plaintiffs serve:<br>• Objections to Defendants' Trial Exhibit Designations |

---

[1] All exhibit and deposition designation exchanges will be subject to a good-faith reservation for reasonable supplementation; parties reserve all rights to argue unfair surprise or supplements not made in good faith.
[2] Images are to aid the parties for purposes of identification and objections. Actual, exhibit-stamped images will be provided later.
[3] All witness list exchanges will be subject to a good-faith reservation for reasonable supplementation, amendment, or modification; parties reserve all rights to argue unfair surprise or supplements, amendments, or modifications not made in good faith.

1

| September 19, 2017 | Second meet and confer regarding *in limine* motions |
|---|---|
| September 21, 2017 | Deadline for all parties to file *in limine* motions [**Court Ordered**] |
| September 27, 2017 | Simultaneous exchange of draft jury instructions, verdict forms, and jury questionnaire |
| October 6, 2017 | Plaintiffs serve:<br>• Counter Deposition Designations<br>• Additional Trial Exhibit Designations based on Plaintiffs' Counter Designations<br>• Objections to Defendants'<br>   o Deposition and Counter Designations<br>   o Additional Trial Exhibit Designations |
| October 20, 2017 | Deadline for all parties to file oppositions to *in limine* motions [**Court Ordered**] |
| October 27, 2017 | Defendants serve:<br>• Objections to Plaintiffs'<br>   o Counter Deposition Designations; and<br>   o Additional Trial Exhibit Designations<br><br>Second simultaneous exchange of draft jury instructions, verdict forms, and jury questionnaire |
| November 3, 2017 | Parties meet and confer regarding:<br>• Objections to and admissibility of each exhibit and deposition designation;<br>• Settlement;<br>• Joint pretrial statement;<br>• Narrowing issues; and<br>• Proposed jury instructions |
| November 10, 2017 | Deadline for parties to file replies in support of *in limine* motions [**Court Ordered**] |
| November 17, 2017 | Parties exchange draft joint pretrial statement and proposed order |
| December 1, 2017 | Parties meet and confer regarding joint pretrial statement and proposed order |

| December 8, 2017 | Parties file joint pretrial statement and proposed order<br><br>Parties must use the following template: https://www.nyed.uscourts.gov/pub/pretrial/BMC-cvpto.pdf |
|---|---|
| December 15, 2017 | Parties file and serve:<br>- Voir Dire questions;<br>- Proposed jury instructions; and<br>- Proposed verdict forms<br><br>Deadline for joint submission of jury questionnaire along with a letter identifying any disputes [**Court Ordered**] |
| December 18-19, 2017 | Pre-trial Conference |
| January 22, 2018 | Jury Selection [**Court Ordered**] |
| March 5, 2018 | Back-Up date for Jury Selection [**Court Ordered**] |